Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

JAN 2 9 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SAN ANTONIO Division

# SA18CA0093 FB

Case No. _____

*(to be filled in by the Clerk's Office)*

)
)
)
)

MICHAEL IRVIN TUCKER
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

TEXAS DISTRICT JUDGE JOEY CONTRERAS
LAURIE SMITH

BEXAR COUNTY DISTRICT ATTORNEY Nico LaHood
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☐ Yes ☒ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          MICHAEL I. TUCKER
Address        ~~221 Hamilton Wilson~~ P.O. Box 10455, SAN ANTONIO, TX 7820
               SAN ANTONIO          TEXAS        78203
                    City              State        Zip Code

County        BEXAR COUNTY
Telephone Number    (210) 412-3724
E-Mail Address     TUCKERMICHAEL 421@ GMAIL.COM

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name               JUDGE JOEY CONTRERAS
Job or Title (if known)   DISTRICT JUDGE 187TH DISTRICT COURT
Address            CADENA REEVES JUSTICE CENTER 300 DOLOROSA ST.
                   SAN ANTONIO          TX          78205
                        City              State        Zip Code

County             BEXAR COUNTY
Telephone Number   (210) 335-2517
E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name               LAURIE SMITH
Job or Title (if known)   COORDINATOR 187TH DISTRICT COURT
Address            300 DOLOROSA ST.
                   SAN ANTONIO          TX          78205
                        City              State        Zip Code

County             BEXAR
Telephone Number   (210) 335-2517
E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

    *Nico LaHood*

    *Bexar County District Attorney*

    *300 Dolorosa St.*

    *San Antonio*      *TX*      *78205*
         City        State        Zip Code

    County

    Telephone Number

    E-Mail Address *(if known)*

    *Bexar County, TX*

    *(210) 335-2311*

    ☐ Individual capacity      ☒ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

         City        State        Zip Code

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *Violation of my rights under the First, Fourth, Fifth, Sixth, and Fourteenth Amendments to the United States Constitution.*

    *Violations of my rights to speech, speedy trial, due process, unlawful restraint*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? *I am being unlawfully restrained by prosecutorial action in state district court which prevent me defending myself against the allegations.*

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

MY RIGHTS UNDER THE FOURTH AMENDMENT TO THE U.S. CONSTITUTION IS BEING VIOLATED.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

IN THE 187TH DISTRICT COURT OF BEXAR COUNTY, AND IN PHONE CONVERSATIONS

B.      What date and approximate time did the events giving rise to your claim(s) occur?

12-20-17, 12-26-17, AND 1-29-18 AT 8:25 pm

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PLEASE SEE ATTACHED "STATEMENT OF THE CASE" AND FEDERAL QUESTIONS.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE INJUNCTIONS TO BE PUT IN PLACE PREVENTING JUDGE JOEY CONTRERAS FROM FORCING ME TO ACCEPT AN ATTORNEY OF HIS CHOOSING; AND INJUNCTIVE RELIEF WHICH PREVENTS JUDGE CONTRERAS FROM EITHER ABUSING DISCRETION OR REFUSING TO RULE ON THE CONSTITUTIONAL CHALLENGES AND ARGUMENTS IN THE "DEFENDANT'S MOTION TO DISMISS" THAT I HAVE FILED WITH THE COURT.

I ALSO WOULD LIKE FOR THIS HONORABLE COURT TO ORDER THE DEFENDANTS TO REIMBURSE ME FOR THE $400.00 FILING FEE PAID TO INITIATE THIS CLAIM. I AM AN UNEMPLOYED GRADUATE STUDENT WHO IS SURVIVING ON SCHOOL LOANS PROVIDED BY THE U.S. DEPARTMENT OF EDUCATION.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1-29-18

Signature of Plaintiff

Printed Name of Plaintiff    MICHAEL I. TUCKER

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

January 29, 2018

## Statement of the Case

My name is Michael Irvin Tucker. On November 29, 2017 I was wrongly arrested and incarcerated in the Bexar County Detention Center located at 200 Comal St. San Antonio, Texas. I was charged with the offenses of Injury to Disabled-Bodily Injury, a felony under Texas penal code 22.04; case number NM368080, and making a Terroristic Threat (case number 560269). On December 1, 2017, I secured bail, and after having been duly sworn, relative to an Indigent Attorney Appointment Affidavit, I was assigned William G. Delano to be my attorney. My case was assigned to the 187th District Court, Bexar County, Texas; the Honorable Joey Contreras presiding. Unfortunately, when I first contacted Mr. Delano he told me that he was unavailable to assist me in preparing a defense to the allegations against me because of his having had a recent surgical procedure. On December 20, 2017 I filed the following two motions: *"Defendant's Notification of His Plan to Act Pro Se` Pursuant to Article I Section 10 Of The Texas Constitution, And Articles 1.05 and 1.051 Of The Texas Code Of Criminal Procedure,"*

and

*"Defendant's Notification Of Plans To Present Evidence For Impeachment Of State Witnesses Based Upon Untruthful Character; Evidence Of Criminal Conviction; and Crimes Or Other Acts Pursuant To Texas Rules of Evidence 608, 609, and 404,"* with the clerks of both the 187th District Court, and the Bexar County District Attorney's Office. In the first brief I explained that I do not have legal representation, and that I would be filing motions with the court in order to construct my own defense. I subsequently filed a *"Defendant's Motion To Dismiss"* with the 187th District Court on December 26, 2017 which is a constitutional challenge to the charges placed against me.

### Illegality Under Color Of State Law

At this point, I have yet to meet with the assigned attorney, Mr. Delano, and he has lied to me more than once about setting an appointment to see me. Mr. Delano, has changed court dates without notifying or consulting with me, and has refused to withdraw from the case. I have reached out to the 187th District Court Coordinator, Laurie Smith, twice about my lack of legal

representation, asking her to notify the judge that I will be acting pro se`. In both instances she has stubbornly refused to acknowledge that I have the right to act on my own behalf, and refused cooperation. At approximately 8:25 am this morning I spoke to Laurie Smith by phone and notified her that "Mr. Delano had obviously lied about contacting me Friday afternoon concerning my case, and that I do not want him to represent me, or be allowed to reschedule any other hearings regarding the allegations against me." It was at that time that Laurie Smith became belligerent and hostile in her refusal to cooperate with my requests. When I suggested to Ms. Smith the neither she, nor Judge Contreras can force me to take an attorney of their choosing, or prevent me from representing myself, she shouted at me and suggested that "Judge Contreras can, and will force me to accept an attorney of his choosing."

By Laurie Smith's words and actions I surmise that she has consulted with both Judge Contreras and William Delano, and they have agreed that the judge will either refuse to hear the petitions that I have filed with the court, or abuse discretion by ruling on the motions without consideration of the legal arguments.

Furthermore, an alleged victim in the accompanying misdemeanor case called my mother and recounted how representatives of the Bexar County District Attorney's Office have contacted her offering her a choice of penalties for me (either prison or probation) as if the case has been decided without there ever having been a hearing. Bexar County District Attorney Nico LaHood is could be angry at me about an editorial article that I wrote which was published in the San Antonio Observer Newspaper, where I was critical of his handling of the Gilbert Flores case, and questioned his commitment to ethics and transparency. Obviously, Mr. LaHood, Judge Contreras, and Laurie Smith have joined in a conspiracy to prevent me from exercising my United States Constitutional Rights to free speech; due process; a fair trial on the merits; and to be free from unlawful restraint.

### Federal Questions

Does a Texas State District Judge have the right to force me to accept the legal representation of his or her choosing?

Can a Texas State District Judge legally refuse to grant me the right to represent myself at trial, if I so choose?

Does a Texas State District Judge have the right to refuse to hear the motions and petitions that I have properly filed with his court because I am acting pro se`?

Does a Texas State District Judge have the right to deny relief requested in a properly filed motion or petition without hearing the merits of said motion or petition?

Does the Bexar County District Attorney have the right to negotiate with a court and an alleged accuser to set the penalties for a conviction before the case has been heard in court?

STATE OF TEXAS

VS

TUCKER, MICHAEL E.
72321
01/31/1956

| Case | Court | Offense | |
|------|-------|---------|---|
| 368080 | D187 | F3 INJURY DISABLED BI | (210) 335-2517 |
| 560269 | CC12 | MB TERRORISTIC THREAT | (210) 335-2894 |

## INDIGENT ATTORNEY APPOINTMENT AFFIDAVIT

<u>Tucker, Michael E.,</u> being duly sworn, deposes and says:

"I hereby state the information provided is as accurate as possible. I have been advised of my right to representation by counsel in the trial of the charge(s) pending against me. I certify that I am without the means to employ counsel of my own choosing and I hereby request the court to appoint counsel for me. I swear or affirm that the above information i have provided is true and correct to the best of my knowledge. The State of Texas may place a lien on my property in order to pay for the cost of my attorney. By signing this affidavit I authorize the Pre-Trial Services Office to run a credit report verifying the data provided on my financial statement."

WILLIAM G DELANO
5150 BROADWAY #625 ST
SAN ANTONIO, TX 782095712
Telephone: (210) 382-8777

THE ABOVE NAMED INDIVIDUAL HAS BEEN SELECTED AS YOUR ATTORNEY. YOU SHOULD BE CONTACTED BY THE ATTORNEY NOT LATER THAN THE END OF THE FIRST WORKING DAY AFTER APPOINTMENT. OTHERWISE PLEASE CALL THE ABOVE LISTED ATTORNEY.

Signed on this the <u>1st day of December, 2017</u>.

12/01/2017 10:11:37 am

Defendant's Signature 2

Defendant's Signature

Subscribed and sworn to before me a Pre-Trial Officer authorized to administer Oath pursuant to Texas Government Code 602.002 on this the <u>1st day of December, 2017.</u>

Bernice Samaniego

33187
in and for the State of Texas
12/01/2017 10:11am

# FOR YOUR POLITICALLY CORRUPT PLEASURE

*WWW.SAOBSERVER.COM • JANUARY 6, 2016*

2

*And You Ladies And Gentlemen, For Your Politically Corrupt Entertainment Pleasure, Criminals In Government Inc. Proudly Presents;*
*The Great.......LaHOOD!*
*By Michael Tucker*

In all of the annals of political debauchery there has never been another magician who practices his craft with more effectiveness than Nico LaHood.

*The Great LaHood* makes the indictments of law enforcement officials disappear into thin air! With his top hat and cape intact, and his trusty assistant Susan Pamerleau at his side, *The Great LaHood* prances before grand juries, and mystifies them with feats of corruption which might make even a criminal like Susan Reed blush. That last point would be irrelevant if Mr. LaHood's campaign promises relating to transparency in government were not still so fresh in our memories. But, be that as it may, if many of us felt that Mr. LaHood's stint as Bexar County District Attorney was going to be less corrupt than Reed's, then the mysteries that have surrounded the murder of Gilbert Flores has to leave us sorely disappointed.

For those who don't remember Mr. Flores was the belligerent domestic violence suspect who was shot by two Bexar County Sheriff's Deputies while his hands were up above his head in a posture of surrender. Since the shooting occurred, much has been done to spare the deputies the threat of long prison terms, including Bexar County Sheriff Susan Pamerleau's petty dismissal of the incident, and attempts to conceal evidence which would be critical to any investigation of the circumstances. And that is where our magician *The Great LaHood* comes in, to assist Pamerleau with concealing evidence from the Grand Jury.

So, while those of us who watched the incident on the first cell phone video of the incident were told repeatedly that since there was




a telephone pole blocking the view of one of Mr. Flores's hands (both of which were raised above his head), only a second video taken of the incident would be explicit enough to determine the threat against the two deputies lives, and therefore, justify the shooting.

The only problem; *The Great LaHood* refused to release the second video until after the grand jury no-billed (declined to indict) the deputies. Then, once the deputies no longer faced the threat of prosecution for shooting Mr. Flores, *The Great LaHood* released the video which clearly shows that the man was murdered.

(http://www.kens5.com/story/news/crime/2015/12/11/video-released-da-shows-new-angle-gilbert-flores-shooting/77160484/)

Question: *Oh Mystical, Magical, and Great LaHood,* can you prove to us that you presented the second video to the grand jury as evidence? What? What do

you mean by saying that you can't answer that question? Ohhh....*We'll never know* because what makes Mr. LaHood *The Great LaHood,* is that he figures out all of the politically corrupt angles before he makes his next move.

Hey, *The Great LaHood* knows that grand jury deliberations are secret, and anyone who divulges any information about grand jury testimony can be prosecuted!

Therefore, the public will never know exactly HOW *The Great LaHood* made those indictments disappear. Now, isn't that the mark of a really great magician.

OBSERVER
*The Solid Truth*

P.O. Box 200226
San Antonio, Texas 78220
(210) 212 NEWS
Fax (210) 271-0441
www.saobserver.com